**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **WILLIAM CHAVERS,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| | § | |
| **V.** | § | **Civil Action No. 1:22-cv-238** |
| | § | |
| **CITIMORTGAGE, INC.,** | § | |
| | § | |
| *Defendant.* | § | |

<u>**JOINT MOTION TO DISMISS**</u>

Plaintiff William Chavers ("Plaintiff") and Defendant CitiMortgage Inc., ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a), hereby file this Joint Motion to Dismiss, and jointly move this Court for entry of the proposed Agreed Order of Dismissal with Prejudice ("Agreed Order") filed with this Motion.

Plaintiff and Defendant have resolved the issues between them. Accordingly, Plaintiff and Defendant request the Court enter the Agreed Order, dismissing this civil action with prejudice, with each party to bear their own costs and fees.

Respectfully submitted,



By: */s/ Melissa Gutierrez Alonso*
    **MELISSA GUTIERREZ ALONSO**
    Texas Bar No. 24087648
    **Fed. I.D. No. 2255351**
    malonso@bradley.com
    600 Travis Street, Suite 4800
    Houston, Texas 77002
    (713) 576-0300 Telephone
    (713) 576-0301 Telecopier

    ***ATTORNEYS FOR DEFENDANT***

    And

By: _/s/ James Minerve_

**James Minerve**
State Bar No. 24008692
13276 N Highway 183, ste. 209
Austin, Texas 78750
(888) 819-1440 (Office)
(210) 336-5867 (Cell)
(888) 230-6397 (Fax)
Email: jgm@minervelaw.com

Attorney for Plaintiff William Chavers

## CERTIFICATE OF SERVICE

I hereby certify that on 12th day of May, 2022, I served a copy of the foregoing via the Court's ECF system and as follows:

***E-mail: jgm@minervelaw.com***
James Minerve
13276 N Highway 183, Ste 209
Austin, Texas 78750
***Attorney for Plaintiff***

_/s/ Melissa Gutierrez Alonso_
Melissa Gutierrez Alonso